ALEX HERNAEZ (State Bar No. 201441)
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
DATATEL, INC.

STEPHEN M. SAYERS (Va. State Bar No. 23066)
JOHN R. GIBBS (Va. State Bar No. 68170)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7400

Attorneys for Defendant
DATATEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THINKEQUITY PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DATATEL, INC., a Virginia Corporation,<br><br>Defendant. | CASE NO. C 05-2810 SBA<br><br>**ORDER SEALING DOCUMENTS FILED BY THE PLAINTIFF, THINKEQUITY <u>PARTNERS, LLC</u>**<br><br>**DATE:** June 6, 2006<br>**TIME:** 1:00 p.m.<br>**DEPT:** Courtroom 3<br>**JUDGE:** Hon. Saundra B. Armstrong<br><br>**COMPLAINT FILED:** July 11, 2005<br>**TRIAL DATE:** No date set. |

THIS CASE came before the Court for consideration of the "Motion to File Documents Under Seal by Plaintiff ThinkEquity Partners, LLC" and, having considered the Declaration of John R. Gibbs in Response to the Plaintiff ThinkEquity Partners, LLC's "Motion to File Documents Under Seal," it appears to the Court that:

    1.    The Defendant, Datatel, Inc. wishes to protect the confidentiality of certain of the documents identified in ThinkEquity's "Motion to File

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER SEALING DOCUMENTS FILED BY THE
PLAINTIFF, THINKEQUITY PARTNERS, LLC

CASE NO. C 05-2810 SBA

1  Documents Under Seal," and has agreed that the Court should enter a narrowly-tailored
2  Order sealing the following documents:

- Certain portions of the Stock Purchase Agreement located in Deposition Exhibit No. 38 to Orlando Bravo's Deposition Transcript (Exhibit "E" to the "Plaintiff's Documentary Evidence in Support of ThinkEquity Partners, LLC's Motion for Summary Judgment"), Bates-numbered DATA 001953, DATA 001986 to DATA 001990, and DATA 001999 TO DATA 002001;

- The "Indemnification Schedule" to the Stock Purchase Agreement, located in Deposition Exhibit No. 38 to Orlando Bravo's Deposition Transcript (Exhibit "E" to the "Plaintiff's Documentary Evidence in Support of ThinkEquity Partners, LLC's Motion for Summary Judgment"), Bates-numbered DATA 002011;

- The "Rollover Schedule" to the Stock Purchase Agreement, located in Deposition Exhibit No. 38 to Orlando Bravo's Deposition Transcript (Exhibit "E" to the "Plaintiff's Documentary Evidence in Support of ThinkEquity Partners, LLC's Motion for Summary Judgment"), Bates-numbered DATA 002012;

- The "Capitalization Schedule" to the Stock Purchase Agreement, located in Deposition Exhibit No. 38 to Orlando Bravo's Deposition Transcript (Exhibit "E" to the "Plaintiff's Documentary Evidence in Support of ThinkEquity Partners, LLC's Motion for Summary Judgment"), Bates-numbered DATA 002032 to DATA 002033;

- Certain portions to the Stock Purchase Agreement located in Deposition Exhibit No. 68 to H. Russell Griffith's Deposition Transcript (Exhibit "I" to the ""Plaintiff's Documentary Evidence in Support of ThinkEquity Partners, LLC's Motion for Summary Judgment"), Bates-numbered DATA 001953 to DATA 002005;

- The "Indemnification Schedule" to the Stock Purchase Agreement, located in Deposition Exhibit No. 68 to H. Russell Griffith's Deposition Transcript (Exhibit "I" to the "Plaintiff's Documentary Evidence in Support of ThinkEquity Partners, LLC's Motion for Summary Judgment"), Bates-numbered DATA 002011; and

- "Equity Documents Related to Datatel Holdings, Inc.," Deposition Exhibit No. 69 to H. Russell Griffith's Deposition Transcript (Exhibit "I" to the "Plaintiff's Documentary Evidence in Support of ThinkEquity Partners, LLC's Motion for Summary Judgment"), Bates-numbered DATA 001497 to DATA 001537 and DATA 001836 to DATA 001838.

3. The documents listed in this Order have been designated by Datatel, Inc. as confidential and subject to a Protective Order in this case. The

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

[PROPOSED] ORDER SEALING DOCUMENTS FILED BY THE
PLAINTIFF, THINKEQUITY PARTNERS, LLC

CASE NO. C 05-2810 SBA

1  documents listed in this Order are "sealable" pursuant to Local Rule 79-5, because they
2  contain confidential commercial information.
3           It is therefore ORDERED that ThinkEquity Partners, LLC's "Motion to File
4  Under Seal" is GRANTED, and the documents identified in this Order shall be filed under
5  seal.

  DATED: 6/27/06              _____*Saundra B. Armstrong*_____
                              The Honorable Saundra B. Armstrong
                              United States District Judge

109629.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

[PROPOSED] ORDER SEALING DOCUMENTS FILED BY THE PLAINTIFF, THINKEQUITY PARTNERS, LLC          CASE NO. C 05-2810 SBA